**FILED**

Dec 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO.: CR23-00471 WHO |
| Plaintiff, | |
| v. | SEALING ORDER |
| NOAH ROSKIN-FRAZEE and KEITH LATTERI, | |
| Defendant. | |

The Court hereby orders that the indictment filed in UNITED STATES v. NOAH ROSKIN FRAZEE and KEITH LATTERI, as well as this sealing order, be filed under seal.

IT IS SO ORDERED.

DATE: December 12, 2023

_____
HON. ALEX G. TSE
United States Magistrate Judge