1 | MIRANDA KANE (SBN 150630)
  | **CONRAD | METLITZKY | KANE LLP**
2 | Four Embarcadero Center, Suite 1400
  | San Francisco, CA 94111
3 | Telephone: (415) 343-7100
  | Facsimile: (415) 343-7101
4 | Email: mkane@conmetkane.com

*Attorney for Noah Roskin-Frazee*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-CR-00471-WHO |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF MIRANDA KANE** |
| NOAH ROSKIN-FRAZEE, | |
| Defendant. | |

| | |
|---|---|
| 1 | TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT Miranda Kane, of the law firm Conrad | Metlitzky | Kane LLP, |
| 3 | hereby enters her appearance as counsel for Defendant Noah Roskin-Frazee in the above-captioned |
| 4 | action, and hereby requests that all noticed given or required to be given, and all papers filed or served |
| 5 | or required to be served in the above-captioned matter, be provided and served upon: |

Miranda Kane (SBN 150630)
mkane@conmetkane.com
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 343-7100
Facsimile:    (415) 343-7101

DATED: January 15, 2024                     Respectfully submitted,

                                               CONRAD | METLITZKY | KANE LLP

*/s/ Miranda Kane*
MIRANDA KANE
Attorney for NOAH ROSKIN-FRAZEE