UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NOAH ROSKIN-FRAZEE, et al.,<br><br>    Defendants. | CASE NO. 3:23-CR-00471-WHO<br><br>**ORDER TO MODIFY HEARING DATES; SPEEDY TRIAL WAIVER** |

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, the Court hereby vacates the January 18, 2024 identification of counsel hearing. The next court date will be a status conference before Judge Orrick on March 14, 2024 at 1:30 pm. The Court finds good cause to exclude time under the Speedy Trial Act between January 18, 2024 and March 14, 2024. The Court further finds that the parties have demonstrated that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

1 **IT IS SO ORDERED.**

3 Dated: January 17, 2024

        _____
        THE HONORABLE JUDGE LISA J. CISNEROS
        United States District Court