UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States ,<br><br>Plaintiff(s),<br><br>v.<br><br>Roskin-Frazee ,<br><br>Defendant(s). | Case No. 3:2023-cr-00471<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Eric C Nemecek</u>, an active member in good standing of the bar of <u>the State of Ohio</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Keith Latteri</u> in the above-entitled action. My local co-counsel in this case is <u>Brian H Getz</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>85993</u>.

| | |
|---|---|
| 1360 E. 9th St., Cleveland, OH 44114 | 90 New Montgomery St., Ste. 1250, San Franci |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 216-928-7700 | (415) 912-5886 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ecn@fanlegal.com | brian@briangetzlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>0083195</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>0</u> times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/16/24

Eric C Nemecek
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eric C Nemecek is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 10, 2024



UNITED STATES DISTRICT JUDGE

GRANTED
Judge William H. Orrick

United States District Court
Northern District of California

Updated 11/2021

2