MIRANDA KANE (SBN 150630)
LIZ KIM (SBN 295277)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    (415) 343-7100
Facsimile:    (415) 343-7101
Email:         mkane@conmetkane.com
                lkim@conmetkane.com

*Attorney for Noah Roskin-Frazee*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>    Defendant. | CASE NO. 3:23-CR-00471-WHO<br><br>**NOTICE OF APPEARANCE OF LIZ KIM** |

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT Liz Kim, of the law firm Conrad | Metlitzky | Kane LLP, hereby enters their appearance as counsel for Defendant Noah Roskin-Frazee in the above-captioned action, and hereby requests that all noticed given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

    LIZ KIM (SBN 295277)
    lkim@conmetkane.com
    **CONRAD | METLITZKY | KANE LLP**
    217 Leidesdorff Street
    San Francisco, CA 94111
    Telephone:  (415) 343-7100
    Facsimile:   (415) 343-7101

DATED: June 18, 2024                    Respectfully submitted,

                                        CONRAD | METLITZKY | KANE LLP

                                        LIZ KIM
                                        Attorney for NOAH ROSKIN-FRAZEE