UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 8, 2024   **Time:** 2 minutes
1:48 p.m. to 1:50 p.m.   **Judge:** WILLIAM H. ORRICK

**Case No.**: 23-cr-00471-WHO-2   **Case Name:** UNITED STATES v. Keith Latteri

**Attorney for Plaintiff:** Nikhil Bhagat
**Attorney for Defendant:** Eric C. Nermecek (appearing by video)
**Defendant:** [ X ] Present (by video)   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody   [ X ] Not in Custody

**Deputy Clerk:** Jean Davis   **Reported by:** Marla Knox
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference and advise that setting of a change of plea hearing is appropriate.

**CASE CONTINUED TO:  August 29, 2024 at 1:30 p.m. for Change of Plea hearing**

**EXCLUDABLE DELAY:**
Category        Effective preparation of counsel
Begins          August 8, 2024
Ends            August 29, 2024