UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 5, 2024  **Time:** 16 minutes  **Judge:** WILLIAM H. ORRICK
1:43 p.m. to 1:59 p.m.

**Case No.**: 23-cr-00471-WHO-2   **Case Name:** UNITED STATES v. Keith Latteri

**Attorney for Plaintiff:** Nikhil Bhagat
**Attorney for Defendant:** Eric Nemecek
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis           **Reported by:** Kendra Steppler
**Interpreter:** n/a                   **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for scheduled change of plea hearing. A written plea agreement has been executed and is filed in open court. Mr. Latteri is sworn and queried as to his background, physical and mental condition, and understanding of the proceedings. He is advised of his rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the plea.

**Defendant pleads GUILTY to Count 2 of the Indictment.** The plea is accepted as knowing, voluntary, and supported by an independent basis in fact. Defendant is adjudicated guilty.

**CASE CONTINUED TO:   January 23, 2025 at 1:30 p.m. for Sentencing**