MIRANDA KANE (SBN 150630)
LIZ KIM (SBN 295277)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
Email: lkim@conmetkane.com

*Attorneys for Noah Roskin-Frazee*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NOAH ROSKIN-FRAZEE,<br>Defendant. | CASE NO. 23-CR-00471-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING; SPEEDY TRIAL WAIVER** |

The above referenced matter is set for a status hearing on December 5, 2024. The parties are actively engaged in discussions related to the resolution of the case, but require additional time to determine the next steps. Therefore, the parties stipulate that the Court continue this matter to January 16, 2025, at 1:30 p.m. for a status hearing.

The parties further agree that it is appropriate to exclude time under the Speedy Trial Act from December 5, 2024, to January 16, 2025, because the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The parties further agree that the failure to grant this continuance would deny counsel for the defendant

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). Failing to grant this continuance would also unreasonably deny the defendant continuity of counsel. *Id.* Accordingly, the parties agree that the period between December 5, 2024, to January 16, 2024, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel.

AUSA Bhagat has reviewed this stipulation and [proposed] order and authorized undersigned counsel to file it on behalf of the parties.

**IT IS SO STIPULATED.**

DATED: December 3, 2024

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Miranda Kane*
MIRANDA KANE
LIZ KIM
Attorneys for Noah Roskin-Frazee

DATED: December 3, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Nikhil Bhagat*
NIKHIL BHAGAT
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NOAH ROSKIN-FRAZEE,<br>Defendant. | CASE NO. 23-CR-00471-WHO<br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, it is hereby ordered that the status conference date of December 5, 2024, is vacated and reset for a status conference on January 16, 2025 at 1:30 p.m. It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), between December 5, 2024, through and including January 16, 2025.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge