ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7200
nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEITH LATTERI (2),<br>Defendant. | CASE NO. 23-CR-00471 WHO<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

STIPULATION

On September 5, 2024, the defendant pleaded guilty to Count Two of the Indictment pursuant to a plea agreement, and the Court set the matter for sentencing on January 23, 2025. The parties now stipulate and agree that the Court should reset that sentencing to March 18, 2025 at 1:30 p.m.

IT IS SO STIPULATED this 10th day of December, 2024.

ISMAIL J. RAMSEY
United States Attorney

/s/
NIKHIL BHAGAT
Assistant United States Attorney

/s/
ERIC NEMECEK
Counsel for Keith Latteri

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED that with respect to defendant Keith Latteri, sentencing currently set for January 23, 2025 is hereby continued to March 18, 2025 at 1:30 p.m. in Courtroom 2, on the 17th Floor of the Philip R. Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, before the Honorable William H. Orrick.

DATED: ________________

______________________________

HON. WILLIAM H. ORRICK
Senior United States District Judge