UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 30, 2025    **Time:** 2 minutes    **Judge:** WILLIAM H. ORRICK
                              2:02 p.m. to 2:04 p.m.

**Case No.**: 23-cr-00471-WHO-1    **Case Name:** UNITED STATES v. Roskin-Frazee

**Attorney for Plaintiff:** Nikhil Bhagat
**Attorneys for Defendant:** Miranda Kane
**Defendant:** [ X ] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis             **Reported by:** Ana Dub
**Interpreter:** n/a                     **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference. Parties have reached a plea agreement that is being finalized and would like to set a change of plea hearing.

**CASE CONTINUED TO:  February 27, 2025 at 1:30 p.m. for Change of Plea**.

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       January 30, 2025
Ends         February 27, 2025