UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 27, 2025     **Time:** 40 minutes     **Judge:** WILLIAM H. ORRICK
1:59 p.m. to 2:39 p.m.

**Case Nos.**: 23-cr-00471-WHO-1     **Case Name:** UNITED STATES v. Noah Roskin-Frazee
25-cr-00053-WHO-1

**Attorney for Plaintiff:** Nikhil Bhagat
**Attorney for Defendant:** Miranda Kane
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis     **Reported by:** Carla Dedula
**Interpreter:** n/a     **Pretrial Services Officer:** Gustavo Rangel

## PROCEEDINGS

Parties appear for scheduled change of plea hearing.

The Court finds that Case No. 25cr53 is be related to Case No. 23cr471 and should be reassigned to this Court. A separate written order will be entered reflecting the relation of the cases.

A written plea agreement and related documents were prepared in advance of the hearing are reviewed by the Court. Counsel advise the Court of a revision made to the original agreement.

Mr. Roskin-Frazee is sworn and queried as to his background, physical and mental condition and understanding of the proceedings. He is advised of his rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offenses.

The government provides a brief statement of the elements of the offenses and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the guilty plea.

**Defendant pleads GUILTY to Counts 1-10 of the Indictment in Case No. 23-cr-471.** The Court accepts the plea as knowing, voluntary and supported by an independent basis in fact.

Sentencing will be deferred to allow for Mr. Roskin-Frazee's participation in the LEADS program. The Pretrial Services Office has completed an evaluation and has developed an individualized plan for the defendant to assist him with improved decision making to enable him to live a law abiding and productive life. PTSO Hannah DeBois will act as Mr. Roskin-Frazee's supervising officer.

The Court stands ready to execute an order authorizing the Clerk to accept from the defendant regular installment payments of restitution during the deferment period.

**CASE CONTINUED TO: March 27, 2025 at 3:00 p.m. for Status Conference.** One week prior to the status conference, Mr. Roskin-Frazee should complete and provide to Ms. Dubois an essay providing the Court with the circumstances and decisions that led to Mr. Roskin-Frazee's criminal activity.