MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting Under 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7200
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-00471 WHO |
| Plaintiff, | STIPULATION CONTINUING SENTENCING HEARING AND [PROPOSED] ORDER |
| v. | |
| KEITH LATTERI (2), | |
| Defendant. | |

## **STIPULATION**

The defendant, Keith Latteri, represented by Eric Nemecek, Esq., and the United States, represented by Nikhil Bhagat, Assistant United States Attorney, hereby stipulate and agree that the sentencing hearing currently scheduled for March 27, 2025 at 1:30 p.m. be continued to May 1, 2025 at 1:30 p.m.

Respectfully submitted,

MARTHA BOERSCH
Attorney for the United States
Acting Under 28 U.S.C. § 515

Dated: March 12, 2025                           /s/
NIKHIL BHAGAT
Assistant United States Attorney

Dated: March 12, 2025                           /s/
ERIC NEMECEK
Counsel for Keith Latteri

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the sentencing for defendant Keith Latteri, currently scheduled for March 27, 2025 at 1:30 p.m. is continued to May 1, 2025 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____                    _____
HON. WILLIAM H. ORRICK
Senior United States District Judge