~~PROPOSED~~ **ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Lisa J. Cisneros<br>U.S. Magistrate Judge | **RE:** | Noah Roskin-Frazee |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-cr-00471-WHO-1 |
| **Date:** | 3/27/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Gustavo Rangel | (408) 535-5226 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

 **A.** Defendant must continue or actively seek employment or continue or start an education program approved by Pretrial Services.
 **B.** Defendant must participate in mental health treatment as directed by Pretrial Services.
 **C.** Defendant may travel within the United States with Pretrial Services' advance knowledge and approval.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____

_____    3/31/2025
**JUDICIAL OFFICER**             **DATE**