1  MARTHA BOERSCH (CABN 126569)
   Attorney for the United States
2  Acting Pursuant to 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   NIKHIL BHAGAT (CABN 279892)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7193
       FAX: (415) 436-6982
8      nikhil.bhagat@usdoj.gov

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )  CASE NO. CR 23-471 WHO
14                                     )
          Plaintiff,                   )  **SUPPLEMENT TO GOVERNMENT'S**
15                                     )  **SENTENCING MEMORANDUM**
       v.                              )
16                                     )
   KEITH LATTERI,                      )
17                                     )
          Defendant.                   )
18  _____)

19
          On April 29, 2025, the defendant submitted, under seal, a supplement to his memorandum in
20
   support of sentencing containing two letters of support.
21
          To aid the Court in its determination of a sentence sufficient but not greater than necessary to
22
   meet the purposes set forth in the sentencing statute, 18 U.S.C. § 3553(a), and mindful of the statutory
23
   command that no limits are to be imposed on the information the Court should consider at sentencing,
24
   18 U.S.C. § 3661, the United States hereby submits the attached document.
25
          The attachment is a redacted version of an FBI FD-302 report documenting an interview with the
26
   author of Exhibit A to the Supplement to the Defendant's Memorandum. In the interview, the author
27
   details the defendant's pattern of harassment against him, his current and former romantic partners, and
28

SUPP. TO GOV'T SENT. MEM.                    1
CR 23-471 WHO

1   his family.  This harassment included threatening text messages, taking over the author's social media

2   accounts, publicly posting personally identifiable information, including social security numbers, on his

3   website ("doxing"), attempts to shut off utilities at the author's mother's house, and sending hundreds

4   of threatening text messages ("text bombing") to various recipients.

5   DATED: April 30, 2025                          Respectfully submitted,

6

7                                                  MARTHA BOERSCH
                                                   Attorney for the United States
                                                   Acting Under Authority Conferred By
8                                                  28 U.S.C. § 515

9                                                  */s/ Nikhil Bhagat*
                                                   NIKHIL BHAGAT
10                                                 Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28