FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   08/25/2020

On August 21, 2020 ▮▮▮▮▮▮ **(Protect Identity)** called SA Brian Walsh's desk phone from telephone number ▮▮▮▮▮▮ and left a message for SA Walsh regarding ▮▮▮▮▮▮

Subsequently, SA Walsh and SA Chris Moy conducted an interview of ▮▮▮ via telephone.

▮▮▮▮ explained that he had been on his way home at the time of the search (referring to the Federal Search warrant executed at 4115 Brush Cherry Dr., Medina, OH on July 20, 2020).

Regarding ▮▮▮ having his items seized during the search returned, Latteri told ▮▮▮ that Latteri would take care of it, but yesterday (August 20, 2020) Latteri told ▮▮▮ to call SA Walsh.

▮▮▮▮ had moved in with Latteri at the Brush Cherry residence in March, 2020

▮▮▮▮ has known Latteri for the last 10 years. ▮▮▮▮ was huge into weather. Latteri was in a Facebook group of weather professionals, which is where they had met.

Latteri had lived with ▮▮▮ for a year in June, including the Beachwood, OH address.

▮▮▮▮ has heard of Lambos.org. ▮▮▮▮ described Lambos.org as causing "a cluster F" to ▮▮▮▮ house. Latteri had gotten into ▮▮▮▮ accounts and took ▮▮▮▮ license. Latteri ordered stuff in ▮▮▮▮ name and had sent pizzas to ▮▮▮▮ house. Latteri had gotten into their cable account and had attempted to shut off the utilities at ▮▮▮▮ mom's house. Latteri had gotten into ▮▮▮▮ and his mom's Verizon account a couple of times. Additionally, Latteri had gotten into ▮▮▮▮ Twitter, Facebook, and Instagram and 2015. Additionally, ▮▮▮▮ believed that Latteri had tried to

Investigation on  08/21/2020  at  Monterey, California, United States (Phone)

File #  288A-SF-3120662                                Date drafted  08/21/2020

by  Brian M Walsh, Christopher D. Moy

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

288A-SF-3120662

Continuation of FD-302 of (U) ███████████████ , On 08/21/2020 , Page 2 of 5

open up a credit card utilizing ██████ information.

This had all happened in 2015. ██████ referred to the Medina Sheriff's Office who had a case from ██████ or his mother, ████████████ **(Protect Identity)**.

Latteri tried to get ██████ school transcripts. Latteri had sent a fake email to Medina career center, where ██████ was attending, stating that ██████ was doing fraudulent activity. There may be a file in ██████ name regarding the investigation.

This activity all happened over a period of three months. Prior to it happening, Latteri was going to visit ██████, but ██████ had to cancel. Latteri's travel had been paid for by the ██████ Latteri thought ██████ was lying about the cause of the trip being cancelled. The actions towards ██████ were Latteri's way of retaliating against ██████ for canceling the trip.

Latteri had admitted to conducting the harassment to ██████ ██████ also had email communications with Latteri's mother, describing what had happened. ██████ believes ██████ mother also communicated with Latteri's mother.

██████ knows there was a funeral page for ██████ on Lambos. There was a page that had ██████ ID, and information from people associated with ██████ to include ex-girlfriends, described as a dox'ing. The dox included ██████ mom's and dad's social security numbers. Westfield Security looked into the matter and said it pointed to Latteri and there were other kids that they found he did it to as well. Latteri owned Lambos.

██████ let Latteri back into his life because ██████ thought Latteri has his "shit" back together.

██████ girlfriend had received harassing text messages two months ago and four months ago.

██████ ████████ **(Protect Identity)**, ██████ girlfriend, got on the phone and identified herself. ██████ had received text messages from a texting service, text free. The text messages were from different numbers. They messages threatened her and her grandmother. ██████ felt threatened by the messages.



288A-SF-3120662

Continuation of FD-302 of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , On 08/21/2020 , Page 3 of 5

▇▇▇ stated they had reported the message to Monteville PD.

Regarding 4115 Brush Cherry, ▇▇▇ and Latteri shared the same account with Armstrong ISP in Latteri's name. ▇▇▇ used WIFI. ▇▇▇ would only use wire for the servers. The WIFI was password protected.

At the time ▇▇▇ received the text messages, Latteri was in his room. Latteri spent most of his time in his room. When ▇▇▇ asked Latteri about the messages, Latteri said he was asleep.

Regarding who had sent the text messages to ▇▇▇▇▇ ▇▇ thought of Latteri first because in 2015 ▇▇▇ would be text bombed. ▇▇▇ described text bombing as receiving hundreds of text messages at a time. ▇▇▇ was further convinced the text bombing messages were from Latteri because they would include links to Lambos.org with ▇▇▇'s Dox page.

▇▇▇ is fairly convinced it was always Latteri conducting the harassment. Latteri would follow up harassing messages from a different number asking if ▇▇▇ would talk to Latteri . ▇▇▇ described the purpose of the technique was to get ▇▇▇ to make amends with Latteri. ▇▇▇ had given Latteri a chance prior, then all of ▇▇▇ previous girlfriend received text messages saying there were candles waiting for them. Some of the previous girlfriends called and texted ▇▇▇ asking why there were candles waiting Root Candles for them, which there were none. ▇▇▇ did receive a candle in the mail.

▇▇▇ communications with Latteri were regarding weather. They would Skype and chat on Team Speak. ▇▇▇ was in a Discord server, called Betachat. No harassment activity occurred on the aforementioned Discord server.

▇▇▇ knew that Latteri had three MacBook Pros, a desktop and a Mac Mini. ▇▇▇ had brought a ton of stuff back from NJ. The non-scratched up MacBook Pro and the desktop were Latteri's primary computers. The primary desktop had a see through case.

Latteri  is extremely smart. ▇▇▇ believes Latteri was self-taught. Latteri is self-employed and has been a freelancer helping people with IT.

▇▇▇ assumes Latteri makes $2000 a month from freelancing and goes to the casino a lot and doesn't seem to lose.

288A-SF-3120662

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 08/21/2020 , Page 4 of 5

Latteri owns FWX company that hosts weather data on servers. Latteri is smart with linux based systems.

▮▮▮▮ believes Latteri is proficient in Windows, Linux and Mac and can code. He prefers CentOS.

▮▮▮▮ knew Latteri had one iPhone and had brought back two others from New Jersey, a 5C and a 6S.

▮▮▮▮ last played Club Penguin when he was about seven.

▮▮▮▮ works for a company called ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

Latteri has never asked ▮▮▮▮ for data or access from ▮▮▮▮ jobs.

▮▮▮▮ is staying with his mother ▮▮▮▮▮▮▮▮ . ▮▮▮▮ had left 4115 Brush Cherry Dr. as soon as he returned after the search had been conducted. ▮▮▮▮ is currently residing at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮.

▮▮▮▮ had his current telephone number for approximately two years.

Sam (known to investigators as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) and Latteri have known each other for about a year and a month. They are still together.

Latteri has bought a new computer and two new phones, an iPhone and an Android, since the search occurred.

Latteri did not have access to ▮▮▮▮ computers or servers.

▮▮▮▮ doesn't care about when he get's his items back. ▮▮▮▮ does want his brother's items back, a MSI laptop and a MacBook Air 11". ▮▮▮▮ brother is ▮▮▮▮▮▮▮▮▮▮ **(Protect Identity)** . ▮▮▮▮ lives in Medina at the ▮▮ address and leaves ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

FD-302a (Rev. 5-8-10)

288A-SF-3120662

Continuation of FD-302 of █████████████████████ , On 08/21/2020 , Page 5 of 5