# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23-CR-00471 WHO |
| Plaintiff, | ) | |
| | ) | JUDGE WILLIAM H. ORRICK |
| vs. | ) | |
| KEITH LATTERI (2), | ) | |
| Defendant. | ) | |

**ORDER**

Upon Motion of Defendant, Keith Latteri, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that his April 22, 2025, Motion for Leave to File Under Seal is **GRANTED**. Defendant's Memorandum in Support of Sentencing and attached exhibits shall be filed under seal.

May 1, 2025

DATE

JUDGE WILLIAM H. ORRICK

1