**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on May 1, 2025

Before Judge WILLIAM H. ORRICK

23-cr-00471-WHO-2   UNITED STATES v. KEITH LATTERI

Time in court: 1:56 p.m. to 2:46 (50 minutes)

| | |
|---|---|
| Attorney for United States: | Nikhil Bhagat |
| Attorney for Defendant: | Eric Nemececk |
| | |
| Courtroom Deputy Clerk: | Jean Davis |
| Court Reporter: | Ana Dub |
| Probation Officer: | Cindy Suntay |
| Interpreter: | n/a |

Defendant was present for hearing
Defendant is not in custody

**PROCEEDINGS**

Sentencing held. Counsel confirm that it is appropriate for sentence to be imposed at this time, that there are no outstanding objections to the Presentence Report (PSR), and that the sentencing guideline calculations are accurate. Counsel heard as to the §3553(a) factors and sentencing recommendations. Probation declines comment beyond the contents of the PSR. Mr. Latteri is heard on his own behalf. Sentence is pronounced as indicated below. Defendant is advised of his right of appeal.

Defendant is committed to the Bureau of Prisons for a term of **36 months** followed by **3 years** of supervised release under the standard conditions in force in the District and additional special conditions. See Judgment for special conditions.

The Court recommends to the Bureau of Prisons that Mr. Latteri participate in the Residential Drug and Alcohol Treatment Program (RDAP) while incarcerated.

A special assessment fee of $100.00 is imposed. Fine waived.

The defendant is ordered to pay restitution. The specific terms of restitution will be determined by stipulated or at a Restitution Hearing set for **July 17, 2025 at 1:30 p.m.**

Defendant shall self-surrender to the designated facility, or to the U.S. Marshals if no designation is made on or before **July 1, 2025**.