# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23-CR-00471 WHO |
| Plaintiff, | ) | |
| | ) | JUDGE WILLIAM H. ORRICK |
| vs. | ) | |
| KEITH LATTERI (2), | ) | |
| Defendant. | ) | |

## ORDER

Upon Motion of Defendant, Keith Latteri, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant's request for an expedited briefing schedule regarding his July 18, 2025, Motion to Extend his Report and/or Self-Surrender Date is **GRANTED**. The Government is directed to file their response on or before **July 22, 2025.**

July 18, 2025
DATE

_____
JUDGE WILLIAM H. ORRICK

1