IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23-CR-00471 WHO |
| Plaintiff, | ) ) | |
| | ) | JUDGE SALLIE KIM |
| vs. | ) ) | |
| KEITH LATTERI (2), | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Upon Motion of Defendant, Keith Latteri, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that his July 18, 2025, Unopposed Motion for Limited Modification of Conditions of Pre-Trial Release is **GRANTED**. Defendant's conditions of pre-trial release (ECF #13) are modified to permit him to leave the Northern District of Ohio and travel to New Jersey from July 25, 2025, until July 29, 2025, subject to the itinerary and conditions that were reviewed and approved by the United States Pretrial Services Office.

\_\_\_\_\_July 18, 2025_____            _____
DATE                                                                                    JUDGE SALLIE KIM