CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6982
nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>Defendant. | NO. CR 23-471 WHO (1)<br><br>NOTICE OF DISMISSAL; [PROPOSED] ORDER GRANTING LEAVE |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to defendant Noah Roskin-Frazee only.

DATED: October 15, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

NIKHIL BHAGAT
Assistant U.S. Attorney

**[PROPOSED] ORDER**

Leave is granted for the dismissal of the above-captioned indictment as to defendant Noah Roskin-Frazee only.

Date: 10/15/2026

HON. WILLIAM H. ORRICK
Senior United States District Judge